FILED

UNITED STATES DISTRICT COURT
for the MIDDLE DISTRICT of FLORIDA
JACKSONVILLE DIVISION

2016 MAY -3 PM 12: 13

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

JAMES R. THOMAS and
LINDA S. THOMAS

   Plaintiffs,

v.                                           Case No. 3:14-CV-00172-TJC-PDB

CITY OF PALM COAST, et al,

   Defendants.

MOTION TO ACCEPT LATE FILED
MOTION TO STRIKE TWO OF THE AFFIRMATIVE DEFENSES

Come now, James R. Thomas and Linda S. Thomas, Plaintiffs, each *pro se*, and hereby move this Court for an order to accept a late filed Motion to Strike Two of the Affirmative Defenses.

Plaintiffs incorporate by reference their Motion for Extension of Time, Docket No. 92.

This motion was due 21 days after the date of service of the Defendants' Answer and Affirmative Defenses to Amended Complaint, Docket No. 89, served by mail, adding 3 days, i.e., due April 29, 2016. Accordingly, the Motion to Strike Two of the Affirmative Defenses is mailed to the Court only 3 days late.

For the foregoing reasons and the incorporated Motion for Extension of Time, the Court should grant this Motion to Accept the accompanying Late Filed Motion to Strike Two of the Affirmative Defenses, where said motion relies on Judge Timothy J. Corrigan's decision in *Drzik v. Haskell Co.*, 2011 WL 2981565 (M.D. Fla. 2011).

Respectfully submitted this 2nd day of May, 2016.

I declare under penalty of perjury that the foregoing statements of fact are true and correct.

Date: May 2, 2016

_____
James R. Thomas, *Pro Se*
771 Carolyn Ave.
Little Torch Key, FL 33042
thomases@earthlink.net
Cell 305-731-4705

_____
Linda S. Thomas, *Pro Se*
771 Carolyn Ave.
Little Torch Key, FL 33042
thomases@earthlink.net
Cell 305-731-9901

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of May, 2016, I served by regular U.S. Mail a copy of the foregoing Motion to Accept Late Filed Motion to Strike Two of the Affirmative Defenses upon Jeffrey S. Weiss, Brown, Garganese, Weiss, & D'Agresta, P.A., 111 N. Orange Avenue, Suite 2000, Orlando, Florida 32801, Attorney for Defendants, City of Palm Coast, Jim Landon, Nestor Abreu, Barbara Grossman, Debra Chaudoin, Michael Donovan, Shelly Adorante, Eva Boivin, and Michael Hadden.

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

_____
Linda S. Thomas, *Pro Se*
771 Carolyn Ave.
Little Torch Key, FL 33042
Cell: (305)731-9901
thomases@earthlink.net

## CERTIFICATE OF GOOD FAITH CONFERENCE

In compliance with Rule 3.01(g), *Local Rules United States District Court, Middle District of Florida*, Plaintiff Linda Thomas communicated with Defendants' attorney, Jeffrey Weiss, on May 2, 2016, by email regarding this motion. Mr. Weiss responded that "the Defendants do not consent to the contents of the motion."

Date: May 2, 2016

_____
Linda S. Thomas
771 Carolyn Ave.
Key West, FL 33040
thomases@earthlink.net
Cell: (305)-731-9901