**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JAMES R. THOMAS and
LINDA S. THOMAS,

    Plaintiffs,

vs.                                    Case No. 3:14-cv-172-J-32PDB

CITY OF PALM COAST, et al.,

    Defendants.

**ORDER**

Upon review, it is hereby

**ORDERED:**

The parties shall file and serve summary judgment motions **no later than July 5, 2016**. Their briefs may not exceed thirty five (35) pages. Responses, limited to twenty five (25) pages, shall be filed and served **no later than August 1, 2016**. The parties are directed to send courtesy copies of all briefs and exhibits to chambers of the undersigned. The Court will delay setting other case deadlines until the summary judgment motions are decided.

**DONE AND ORDERED** in Jacksonville, Florida, this 10th day of May, 2016.

TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies to:
Counsel of record
James R. Thomas and Linda S. Thomas (by U.S. Mail)